IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Wiley Y. Daniel

Civil Action No. 15-cv-02103-WYD

LYNDA HEARON,

     Plaintiff,

v.

CAROLYN COLVIN, acting Commissioner of Social Security,

     Defendant.

## ORDER GRANTING SENTENCE 6 REMAND

Daniel. J.

This matter is before me on Defendant's Unopposed Motion to Remand pursuant to Sentence 6 of 42 U.S.C. § 405(g). (ECF No. 14). I grant the motion and REMAND the case to the agency.

Sentence six of 42 U.S.C. § 405(g) provides that the Court may, "on motion of the Commissioner of Social Security made for good cause shown before" she files her answer, remand the case to the Commissioner for further action. The answer has not yet been filed in this case.

The Social Security Administration's Appeals Council requests voluntary remand of this case for consideration of new and material evidence. Upon remand, the Appeals Council will remand the case to an administrative law judge (ALJ) to review the materials submitted by Plaintiff on July 27, 2015. The ALJ will also allow Plaintiff to submit additional relevant evidence, hold a supplemental hearing, and issue a new decision on the complete record. Accordingly, it is

ORDERED that Defendant's Unopposed Motion to Remand pursuant to Sentence 6 of 42 U.S.C. § 405(g) (ECF No. 14) is **GRANTED.  This matter is remanded pursuant to sentence six of 42 U.S.C. § 405(g) and, as such, the Court will not enter final judgment and will retain jurisdiction over this matter.  Upon remand, the Appeals Council shall remand the case to an ALJ to review the materials submitted by Plaintiff on July 27, 2015.  The ALJ shall allow Plaintiff to submit additional relevant evidence, hold a supplemental hearing, and issue a new decision on the complete record.**

Dated:  November 24, 2015

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR U.S. DISTRICT JUDGE